Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "Tori Black Is Pretty Filthy," Copyright Reg. No. PA0001670805

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.7.43.184 | 2012-01-04 20:46:35 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 2 | 173.48.242.74 | 2011-12-28 02:59:51 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 3 | 173.76.124.254 | 2012-01-09 23:04:58 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 4 | 173.76.227.75 | 2012-01-15 02:59:43 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 5 | 173.76.250.8 | 2011-12-05 03:09:53 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 6 | 173.76.46.156 | 2012-01-06 12:48:03 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 7 | 174.62.213.11 | 2011-12-19 21:56:18 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 8 | 24.218.100.144 | 2012-01-03 19:16:37 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 9 | 24.218.8.118 | 2011-12-07 15:10:31 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 10 | 24.61.34.107 | 2011-12-08 14:19:20 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 11 | 24.62.82.224 | 2012-01-10 01:55:56 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 12 | 24.63.182.215 | 2011-12-19 20:21:04 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 13 | 65.96.113.203 | 2012-01-15 10:34:50 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 14 | 66.30.150.100 | 2011-12-04 19:33:40 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 15 | 66.30.193.10 | 2011-12-05 00:56:18 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 16 | 66.30.254.11 | 2012-01-02 03:59:51 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 17 | 66.31.30.132 | 2011-12-11 21:08:03 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 18 | 67.186.132.163 | 2012-01-05 23:54:13 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 19 | 67.248.47.146 | 2012-01-06 20:11:25 -0500 | Road Runner | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 20 | 68.112.239.61 | 2012-01-08 12:58:54 -0500 | CHARTER COMMUNICATIONS | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 21 | 68.187.217.76 | 2011-12-09 13:43:21 -0500 | CHARTER COMMUNICATIONS | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 22 | 71.162.117.183 | 2011-12-11 17:00:42 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 23 | 71.174.224.69 | 2011-12-01 21:13:33 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 24 | 71.192.170.241 | 2012-01-03 18:37:34 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 25 | 71.192.37.177 | 2011-12-06 09:00:14 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 26 | 71.232.0.198 | 2011-12-12 02:59:59 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 27 | 71.233.106.11 | 2012-01-06 19:50:10 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |

| Doe 28 | 71.233.59.140 | 2012-01-13 21:06:19 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| --- | --- | --- | --- | --- | --- |
| Doe 29 | 71.87.211.140 | 2012-01-05 22:49:35 -0500 | CHARTER COMMUNICATIONS | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 30 | 72.93.174.191 | 2011-12-30 09:11:05 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 31 | 72.93.97.55 | 2012-01-10 12:11:32 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 32 | 74.104.158.190 | 2011-12-31 17:16:49 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 33 | 74.70.169.146 | 2011-12-07 07:53:50 -0500 | Road Runner | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 34 | 75.67.197.130 | 2012-01-15 17:24:08 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 35 | 75.69.146.107 | 2012-01-08 05:19:59 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 36 | 76.118.234.104 | 2012-01-06 17:17:49 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 37 | 76.19.150.247 | 2011-12-14 03:33:25 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 38 | 76.23.159.155 | 2011-12-04 16:03:14 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 39 | 76.24.168.50 | 2012-01-09 21:10:36 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 40 | 96.237.157.91 | 2012-01-09 11:13:37 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 41 | 96.237.233.209 | 2012-01-15 02:59:36 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 42 | 96.252.88.219 | 2012-01-01 21:23:55 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 43 | 98.216.219.147 | 2011-12-22 01:08:01 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 44 | 98.217.152.19 | 2011-12-21 01:58:39 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 45 | 98.217.77.138 | 2012-01-15 11:14:08 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |