| Doe Number | Believed state of residence | |
|---|---|---|
| 23 | Massachusetts | United States |
| 38 | Massachusetts | United States |
| 14 | Massachusetts | United States |
| 15 | Massachusetts | United States |
| 5 | Massachusetts | United States |
| 25 | Massachusetts | United States |
| 33 | Massachusetts | United States |
| 9 | Massachusetts | United States |
| 10 | Massachusetts | United States |
| 21 | Massachusetts | United States |
| 17 | Massachusetts | United States |
| 22 | Massachusetts | United States |
| 26 | Massachusetts | United States |
| 37 | Massachusetts | United States |
| 7 | Massachusetts | United States |
| 12 | Massachusetts | United States |
| 44 | Massachusetts | United States |
| 43 | Massachusetts | United States |
| 2 | Massachusetts | United States |
| 30 | Massachusetts | United States |
| 32 | Massachusetts | United States |
| 42 | Massachusetts | United States |
| 16 | Massachusetts | United States |
| 8 | Massachusetts | United States |
| 24 | Massachusetts | United States |
| 1 | Massachusetts | United States |
| 18 | Massachusetts | United States |
| 29 | Massachusetts | United States |

| | | |
|---|---|---|
| 6 | Massachusetts | United States |
| 36 | Massachusetts | United States |
| 19 | Massachusetts | United States |
| 27 | Massachusetts | United States |
| 20 | Massachusetts | United States |
| 35 | Massachusetts | United States |
| 3 | Massachusetts | United States |
| 40 | Massachusetts | United States |
| 11 | Massachusetts | United States |
| 39 | Massachusetts | United States |
| 31 | Massachusetts | United States |
| 28 | Massachusetts | United States |
| 4 | Massachusetts | United States |
| 13 | Massachusetts | United States |
| 34 | Massachusetts | United States |
| 41 | Massachusetts | United States |
| 45 | Massachusetts | United States |