UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2012 APR 17 P 4: 17

Patrick Collins, Inc. DBA Elegant Angel Productions
*Plaintiff*

v.

DOES 1-45
*Defendant*

Civil Action No. 12-CV-10537-RWZ
U.S. DISTRICT COURT
DISTRICT OF MASS.

# MOTION OF NONPARTY TO QUASH OR VACATE SUBPOENA

Dear U.S. District Court of Massachusetts:

I writing in regards to Subpoena, Civil Action No. 12-CV-10537-RWZ, entered March 27, 2012 at the U.S. District Courts for the District of New Jersey (original) and for the District of Massachusetts; Comcast File #: 367110 as noted in Comcast correspondence from April 5, 2012 (copies of all received attached). **I respectfully request a Motion of Nonparty to Quash or Vacate the Subpoena, Civil Action No. 12-CV-10537-RWZ, for the following reasons:**

(1) The Internet Protocol Address (IP) listed and highlighted (please see attachment A) as indicated for DOE 36 is not the internet protocol address for my computer. Therefore, I am being wrongly targeted and threated.

(2) I have wireless internet service through Comcast and someone else hacked into my wireless internet without my knowledge or consent.

(3) I do not have the software or hardware necessary to download and copy movies in or on my computer.

(4) I am elderly and am very aware that criminals target my age group for identity thefts, scams, extortions, and try anything to get our personal information for dishonest and fraudulent purposes.

(5) This Subpoena crosses state lines (Allentown, New Jersey is more than 200 miles away from where I live in Boston, Massachusetts) and raises questions to me about legitimacy; as well as, specifically requesting to identify my "email addresses" (see N.J. Subpoena, face page, "production") and "my telephone number" (see Massachusetts Court, Attachment B, 1.), which would have nothing to do with downloading and copying anything, in this Subpoena raises red flags to me.

(6) This Subpoena request for my personal information breaks my constitutional right to privacy and my privacy agreement with Comcast by requiring disclosure of privileged and/or other protected matter. Nothing presented is related to me i.e. none of the IP addresses listed are my computer's IP address, I don't have the right equipment/software to copy movies, etc.

(7) The Subpoena subjects me to unlawful accusations, harassment, and undue burden. Many people my age are subject to being scammed into giving their personal information and then have problems that affect/effect their health/financial security/safety. At my age, I do not need those kinds of stress/problems. My safety, peace of mind, health, and privacy are very important to me.

Please consider my request for motion of nonparty to quash or vacate this subpoena and protect my privacy from this fraudulent method of trying to get my personal information. Thank you and I greatly appreciate your understanding and your consideration in this matter.

DATE: Tuesday, April 17, 2012

SIGNATURE: DOE 36 (as listed on Attachment A)
Civil Action No. 12-CV-10537-RWZ
Comcast File #: 367110

Civil Action No. 12-CV-10537-RWZ

# Proof of Service

**RE: Motion of Nonparty to Quash or Vacate Subpoena**
Filed: Tuesday, April 17, 2012
Filed by: Doe 36
Place: United States District Court for the District of Massachusetts
   John Joseph Moakley United States Courthouse
   1 Courthouse Way, Boston, Massachusetts 02210
Civil Action No. 12-CV-10537-RWZ
Comcast File #: 367110

This Proof of Service is not required because I am only filing a motion on an already existing case and am not serving any one.

Furthermore, this Motion of Nonparty Quash or Vacate Subpoena with all attachments and proof of submission to the Court will be faxed today to the **Comcast Legal Response Center**, NE & TO, Moorestown, New Jersey 08057, Telephone: 1-866-947-8572, **Fax: 1-866-947-5587**, as per their request in their April 5, 2012 correspondence stated as follows: "Comcast will provide your name, address and other information as directed in the Order unless you or your attorney file something with the Court in the District of Massachusetts such as a motion to quash or vacate the Subpoena no later than April 26, 2012. Should you choose to contest the release of your information by filing legal process with the court, it must be filed in the same court where the lawsuit is filed. If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to (866) 947-5587 no later than April 26, 2012. **Please note that Comcast cannot accept or file any legal action on your behalf**."

DATE: Tuesday, April 17, 2012       SIGNATURE: DOE 36 (as listed on Attachment A)
                                    Civil Action No. 12-CV-10537-RWZ
                                    Comcast File #: 367110