## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br> v. <br><br> DOES 1 – 45, <br><br> Defendants. | CIVIL ACTION No.:  1:12-cv-10537 |

Plaintiff reached settlements with the respective Doe Defendants listed in the following table:

| Doe Number | IP Address | Time Stamp (EST) |
|---|---|---|
| Doe 9 | 24.218.8.118 | 2011-12-07 15:10:31 -0500 |
| Doe 17 | 66.31.30.132 | 2011-12-11 21:08:03 -0500 |
| Doe 27 | 71.233.106.11 | 2012-01-06 19:50:10 -0500 |
| Doe 39 | 76.24.168.50 | 2012-01-09 21:10:36 -0500 |
| Doe 42 | 96.252.88.219 | 2012-01-01 21:23:55 -0500 |
| Doe 44 | 98.217.152.19 | 2011-12-21 01:58:39 -0500 |

Plaintiff dismisses <u>with prejudice</u> each of the specific Defendants listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted on May 12, 2012,

                                              FOR THE PLAINTIFF:

*/s/ Marvin Cable*

Marvin Cable, Esq.
BBO#: 680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*/s/ Marvin Cable*
Marvin Cable, Esq.