UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICK COLLINS, INC.,

        Plaintiff,

v.

DOES 1 – 45,

        Defendants.

CIVIL ACTION No.: 1:12-cv-10537

STATUS REPORT

Pursuant to Court's order to file a status report by May 22, 2012, Plaintiff hereby reports on the status of this case.

Each Internet Service Provider ("ISP") has been served with subpoenas as per endorsed order which was entered on March 27, 2012. The ISPs served were Road Runner, Charter Communications, Verizon Internet Services, and Comcast Cable. Information has been received for all but two Does . Those two Does use Road Runner as an ISP, and Road Runner has not complied.

Plaintiff has voluntarily dismissed 8 Does with prejudice, and as of today will be dismissing two more with prejudice.

As with the other Does, Plaintiff is in negotiation stages. Plaintiff plans on requesting Does to waive service for summons for those Does with unsuccessful negotiations results, or in the alternative, dismissing specific Does without prejudice and filing against them individually.

Respectfully submitted on May 22, 2012,

                          FOR THE PLAINTIFF:

                          */s/ Marvin Cable*

Marvin Cable, Esq.
BBO#: 680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

                                                                            Marvin Cable, Esq.